1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM WEISZ,                          No.  2:14-cv-2057-TLN-EFB PS

12                 Plaintiff,

13         v.                                 ORDER

14    NANCY SCREWS,

15                 Defendant.

16

17         On September 8, 2014, the magistrate judge filed findings and recommendations herein

18    which were served on the parties and which contained notice that any objections to the findings

19    and recommendations were to be filed within fourteen days.  No objections were filed.

20         The Court has reviewed the applicable legal standards and, good cause appearing,

21    concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

22         Accordingly, IT IS ORDERED that:

23         1.  The proposed Findings and Recommendations filed September 8, 2014, are

24    ADOPTED; and

25         2.  The above-captioned case is REMANDED to the Superior Court of the State of

26    California in and for the County of San Joaquin.

27    Dated:  October 2, 2014

28
                                              _____
                                              Troy L. Nunley
                                              United States District Judge